Andrew A. Myrup, as Treasurer of the Bakery and Confectionery Workers' International Union of America, Respondent, v. Mary Friedman, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Crane at Special Term.   (Reported in 58 Misc. Rep. 323.)   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Erwina Diepenbrock, Respondent, v. The Wove Realty Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event.   Woodward, Jenks, Hooker and Rich, JJ., concurred.

Edward J. Bennett, Appellant, v. The Tucker Electrical Construction Company, Respondent.— Judgment unanimously affirmed, with costs.   No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Audley Clarke, Appellant, v. Max Matzkin, Respondent, Impleaded with Hyman Meyersohn and Others, Defendants.— Judgment of the County Court of Kings county reversed and new trial ordered, costs to abide the event, upon the authority of *Weideman* v. *Zielinska* (102 App. Div. 163).   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles Dunlop, Appellant, v. George W. Moseley and Others, Respondents.— Judgment affirmed, with costs.   No opinion.   Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Charles Forsberg, Respondent, v. Leonhard Michel, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.